IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

OLE K. NILSSEN and )
GEO FOUNDATION, LTD., )
              )
  Plaintiffs, )
              )
v. ) Case No. 3:04-0080
              )
UNIVERSAL LIGHTING TECHNOLOGIES, INC., ) Judge Thomas A. Wiseman, Jr.
              )
  Defendant. )

## ORDER

Before the Court is defendant Universal Lighting Technologies, Inc.'s Motion to Dismiss (Doc. No. 64). For the reasons set forth in the accompanying Memorandum, defendant's motion is DENIED.

It is so ORDERED.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge