IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| OLE K. NILSSEN and <br> GEO FOUNDATION, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSAL LIGHTING TECHNOLOGIES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:04-0080 <br> ) <br> ) Judge Thomas A. Wiseman, Jr. <br> ) <br> ) |

ORDER

Before the Court is Defendant Universal Lighting Technologies, Inc.'s unopposed Motion to Stay this litigation (Doc. No. 148) pending the patent reexamination proceedings before the United States Patent and Trademark Office ("PTO"). While Plaintiffs Ole K. Nilssen and Geo Foundation, Ltd. do not oppose they Motion to Stay, they request (1) that the Court schedule a status conference six months after entry of the stay in order to assess at that time whether to lift or maintain the stay and (2) that Plaintiffs be permitted to depose one of Defendant's expert witness, Robert Burke, "on certain issues common to both this litigation and the reexamination proceedings." (Doc. No. 155, at 2.) In its Reply brief (Doc. No. 158), Defendant opposes Plaintiffs' second request on the basis that the proposed deposition would wastefully and unnecessarily increase the costs of the litigation and that Plaintiffs will not be prejudiced by postponing the deposition until after the Stay is lifted.

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby **GRANTS** the Motion to Stay these proceedings, including all discovery, effective as of the date of entry of this Order. Accordingly, the February 28, 2006 trial date is **VACATED**, and Plaintiffs' request to depose Robert Burke is **DENIED**. A status conference is hereby scheduled for **11:00 a.m. on June 12, 2006** to assess the propriety of lifting the stay. Should either party believe there is good cause to lift the stay prior to that date, that party may file a written motion requesting same.

It is so ORDERED.

*Thomas A. Wiseman Jr.*
Thomas A. Wiseman, Jr.
Senior U.S. District Judge